F I L E D
Clerk
District Court

AUG 24 2022

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

1:20-cv-00005                                                                 August 24, 2022
                                                                              9:40 a.m.

**U.S.A FANTER CORPORATION, LTD. -vs- IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
GRETCHEN SMITH, LAW CLERK
HEIDI DOOGAN, COURT REPORTER,
FRANCINE ATALIG, COURTROOM DEPUTY
COLIN THOMPSON, ATTORNEY FOR PLAINTIFF
STEPHEN NUTTING, ATTORNEY FOR DEFENDANT IPI
TAO XING, IPI REPRESENTATIVE

PROCEEDINGS: STATUS CONFERENCE

Court adopted Plaintiff's proposed findings of facts and conclusion of law. Court awarded Plaintiff damages in the amount of $250,000 plus $250,00 punitive. Court to issue a written decision. Judgment to be entered in favor of Plaintiffs in the amount of $500,000 against Defendant IPI and will accrue interest.

Court considered payment order. Attorney Nutting apprised the Court that he was unaware of IPI's financial capabilities.

Court and counsel addressed Attorney Nutting's Motion to Withdraw and ordered that withdrawal would take effect after 35 days have elapsed.

                                    Adjourned at 9:50 a.m.
                                    /s/ Francine Atalig, Courtroom Deputy