AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

FILED
Clerk
District Court
MAR 20 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

| U.S.A. FANTER CORPORATION, LTD. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No.  1:20-CV-00005 |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Findings of Fact and Conclusions of Law (ECF 75) issued on March 20, 2023, Judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $250,000.00 in general damages and $250,000.00 in punitive damages for a total judgment amount of $500,000.00, plus post-judgment interest at the applicable federal interest rate for post-judgment interest.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge  Ramona V. Manglona  without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  3/20/23

CLERK OF COURT

*(signature)*
HEATHER L. KENNEDY